Nos. 249 and 250. UNITED STATES EX REL. HENRY D. PHILLIPS, PLAINTIFF IN ERROR, *v.* EUGENE F. WARE, COMMISSIONER OF PENSIONS; and Nos. 251 and 322. UNITED STATES EX REL. HENRY D. PHILLIPS, PLAINTIFF IN ERROR, *v.* ETHAN ALLEN HITCHCOCK, SECRETARY OF THE INTERIOR ET AL. Error to the Court of Appeals of the District of Columbia. Submitted April 16, 1903. Decided April 20, 1903. *Per Curiam.* Writs of error dis-

missed for the want of jurisdiction. Act of March 3, 1901, sec. 233, 31 Stat. 1189, c. 854; act of February 9, 1893, sec. 8, 27 Stat. 434, c. 74; act of March 3, 1885, 23 Stat. 443, c. 355; *Baltimore and Potomac Railroad Company* v. *Hopkins*, 130 U. S. 210; *United States* v. *Lynch*, 137 U. S. 280; *Cameron* v. *United States*, 146 U. S. 533; *South Carolina* v. *Seymour*, 153 U. S. 353. *Mr. Henry D. Phillips* and *Mr. E. R. Walker* for plaintiff in error. *Mr. Assistant Attorney General Campbell* and *Mr. F. L. Campbell* for defendants in error.